UNITED STATES BAKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re BIOSAY, INC.,<br><br>Debtor | Chapter 7<br>Case No. 24-40470 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please note my appearance for Dr. Jeffrey D. Rediger. I request, pursuant to Fed. R. Bankr. P. 2002, 3017, 9007, and 9010, and pursuant to 11 U.S.C. §§ 102(1), 342, and 1109(b), that all notices given or required to be given in this case, and all papers served or required to be served in this case, be sent to me at:

>   Rubin and Rudman LLP
>   53 State St.
>   Boston, MA 02109
>   (617) 330-7135
>   tfolkman@rubin@rudman.com

This request for notices and papers includes without limitation all pleadings, motions, applications, petitions, requests, complaints, demands, answering or reply papers, orders, reports, plans of reorganization, disclosure statements, and financial statements, and any other notices or documents filed or served concerning this case.

Nothing in this notice shall be deemed to constitute a submission of any matter involving Dr. Rediger to the jurisdiction of the Bankruptcy Court or consent to such jurisdiction, a waiver of Dr. Rediger's right to object to the jurisdiction of the Bankruptcy Court, a waiver of Dr. Rediger's right to a jury trial as to any matter, a waiver of Dr. Rediger's right to have the reference withdrawn, or any other rights, claims, actions, defenses, setoffs, or recoupments. All of these rights are expressly reserved.

>   Respectfully submitted,
>
>   /S/ Theodore J. Folkman
>
>   Theodore J. Folkman (BBO No. 647642)
>   RUBIN AND RUDMAN LLP
>   53 State St.
>   Boston, MA 02109
>   (617) 330-7135
>   tfolkman@rubinrudman.com

Dated: June 6, 2024

3878973_1

## CERTIFICATE OF SERVICE

I certify that on June 6, 2024, I served this document by email and first-class mail, postage prepaid, on:

Kate E. Nicholson, Esq.
Nicholson Devine LLC
21 Bishop Richard Allen Dr.
Cambridge, MA 02139
kate@nicholsondevine.com

Joseph H. Baldiga, Esq.
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Dr., Suite 400
Westborough, MA 01581
jbaldiga@mirickoconnell.com

Richard T. King, Esq.
Office of the US Trustee
446 Main St., 14th Flor
Worcester, MA 01608
richard.t.king@usdoj.gov

/s/ *Theodore J. Folkman*

3878973_1