United States Bankruptcy Court
District of Massachusetts

In re:  Case No. 24-40470-edk
Biosay, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0101-4     User: admin     Page 1 of 2
Date Rcvd: Jun 12, 2024     Form ID: adintccl     Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Biosay, Inc., 159 Concord Rd, Sudbury, MA 01776-2334 |
| 20873104 | | A. Soulier, 23 Burr Close, London, E1W 1NB, UNITED KINGDOM |
| 20873105 | + | Ascendant Law Group, 2 Dundee Park Drive, Suite 102, Andover, MA 01810-3725 |
| 20873106 | + | David Donalds, 159 Concord Rd, Sudbury, MA 01776-2334 |
| 20873107 | + | Francoise Gilbert, 555 Bryant St., #603, Palo Alto, CA 94301-1704 |
| 20873108 | + | Greenberg Traurig, 1 International Place, #2000, Boston, MA 02110-2612 |
| 20873109 | | H. Swahn, Pondfield House, Chesham Rd., Bellingdon, Bukinghamshire, HP5 2XL, UNITED KINGDOM |
| 20873110 | + | Halloran Consulting Group, 22 Thomson Place, Boston, MA 02210-1212 |
| 20873111 | + | Jeff Rediger, c/o Theodore J. Folkman, Rubin and Rudman LLP, 53 State St., Boston, MA 02109-2820 |
| 20873112 | + | Rachael Donalds, 159 Concord Rd, Sudbury, MA 01776-2334 |
| 20884183 | + | Theodore J. Folkman, Rubin and Rudman LLP, 53 State Street, Boston, MA 02109-2820 |
| 20873114 | + | Verdolino & Lowey, P.C, 124 Washington St, Suite 101, Foxboro, MA 02035-1368 |
| 20873115 | + | Verizon, 25 Brattle St, Cambridge, MA 02138-3709 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJBALDIGA.COM | Jun 13 2024 04:33:00 | Joseph H. Baldiga, Mirick, O'Connell, DeMallie & Lougee, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| 20883361 | | EDI: IRS.COM | Jun 13 2024 04:33:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20873113 | *+ | Rachael Donalds, 159 Concord Rd., Sudbury, MA 01776-2334 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0101-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 12, 2024 | Form ID: adintccl | Total Noticed: 15 |

Date: Jun 14, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Joseph H. Baldiga

jbaldiga@mirickoconnell.com  jhbaldiga@ecf.axosfs.com,bankrupt@mirickoconnell.com

Kate E. Nicholson

on behalf of Debtor Biosay  Inc. kate@nicholsondevine.com, knicholson@ecf.courtdrive.com;admin@nicholsonpc.com;april@nicholsondevine.com

Richard King

USTPRegion01.WO.ECF@USDOJ.GOV

Theodore J. Folkman

on behalf of Creditor Jeffrey D. Rediger tfolkman@rubinrudman.com

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re: Biosay, Inc.,
Debtor

Chapter: 7
Case No: 24−40470
Judge Elizabeth D. Katz

## NOTICE TO CREDITORS TO FILE CLAIMS

It now appears that there may be sufficient funds to pay a dividend to unsecured creditors. The size of the dividend will depend on the claims that are filed and allowed. To participate in any distribution you must file a claim with the **OFFICE OF THE CLERK**, in one of the following locations.

- United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109−3945

- United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608−2076

- United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105−2925

A proof of claim form ("Official Form 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

NO DIVIDEND CHECK LESS THAN $5.00 WILL BE ISSUED.

The last day of filing a claim is **9/10/24**

For further information, please contact the Trustee:

Joseph H. Baldiga
Mirick, O'Connell, DeMallie & Lougee
1800 West Park Drive
Suite 400
Westborough, MA 01581−3926
508−898−1501

Date:6/12/24

Mary P. Sharon
Clerk, U.S. Bankruptcy Court